1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7   VOLUMECOCOMO APPAREL, INC.,        )  Case No. 11-4201-SC
                                       )
8          Plaintiff,                  )  ORDER GRANTING MOTIONS FOR
                                       )  LEAVE TO FILE MOTIONS FOR
9      v.                              )  RECONSIDERATION OF ORDER
                                       )  GRANTING THIRD-PARTY
10  EXPEDITORS INTERNATIONAL OF        )  DEFENDANT GEMADEPT
    WASHINGTON, INC.; EXPEDITORS       )  CORPORATION'S MOTION TO
11  INTERNATIONAL OCEAN,               )  DISMISS
                                       )
12         Defendants.                 )
                                       )
13  _____)
                                       )
14  HANJIN SHIPPING CO., LTD,          )
                                       )
15         Third-Party Plaintiff,      )
                                       )
16     v.                              )
                                       )
17  GEMADEPT CORP.,                    )
                                       )
18            Third-Party Defendant.   )
                                       )
19  _____)
                                       )
20  EXPEDITORS INTERNATIONAL OF        )
    WASHINGTON, INC.,                  )
21                                     )
           Third-Party Plaintiff,      )
22                                     )
       v.                              )
23                                     )
    GEMADEPT CORP.,                    )
24                                     )
              Third-Party Defendant.   )
25  _____)

26

27

28

United States District Court
Northern District of California

**United States District Court**
For the Northern District of California

1       Hanjin Shipping Co., Ltd. ("Hanjin") and Expeditors

2   International of Washington, Inc. ("Expeditors") have filed motions

3   for leave to file motions for reconsideration of this Court's order

4   granting Gemadept Corporation ("Gemadept")'s Motion to Dismiss.

5   ECF Nos. 42 ("Hanjin's Mot."), 43 ("Expeditors' Mot.").  Having

6   reviewed both motions, and good cause appearing, it is hereby

7   ORDERED that Hanjin's Motion and Expeditors' Motion are GRANTED.

8   It is further ORDERED that Expeditors shall file its motion for

9   reconsideration no later than April 26, 2012,[1] and Gemadept shall

10  file its response to the motions for reconsideration no later than

11  May 3, 2012.  These briefs shall be taken under submission by the

12  Court.

13

14

15      IT IS SO ORDERED.

16

17  Dated: April 18, 2012

    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28  [1] Hanjin has already filed its motion for reconsideration with the Court.