# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLUMECOCOMO APPAREL, INC.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., et al,<br><br>    Defendant. | Case No.: C11-4201 SC<br><br>ORDER |

This case has been referred to the undersigned to oversee any discovery disputes that may arise. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: May 25, 2012

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**