# United States District Court
## Northern District of California

| | |
|---|---|
| VOLUMECOCOMO APPAREL, INC. a corporation,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. A CORPORATION; EXPEDITORS INTERNATIONAL OCEAN, a business entity of unknown type,<br><br>Defendants. | Case No.: CV 11-4201 SC (KAW)<br><br>ORDER RE PLAINTIFF'S REQUEST FOR RELIEF DUE TO INADVERTENCE AND CLERICAL MISTAKE UNDER RULE 60(B)(1) |

In response to the Court's May 31, 2012 order denying Plaintiff Volumecocomo Apparel, Inc. fees and expenses for failure to comply with Rule 37 and Local Rule 37-4, Plaintiff filed a request for relief on June 1, 2012 pursuant to Rule 60(B)(1) of the Federal Rules of Civil Procedure, contending that it inadvertently filed the wrong declaration in support of that motion. *See* Docket No. 69.

The Court declines to consider this motion without affording Defendant Hanjin Shipping Co., Ltd. an opportunity to respond. Defendant shall have no later than June 22, 2012 to file an opposition or other response to the motion, at which time the Court will take the matter under submission. Plaintiff will not be afforded a reply in this matter.

All hearing dates related to Plaintiff's request for relief are vacated.

IT IS SO ORDERED.

Dated: June 14, 2012

KANDIS A. WESTMORE
U.S. Magistrate Judge